John D. WATTS, Plaintiff–Cross Appellant,

v.

XL SYSTEMS, INC. (also known as XL Systems, LP), Defendant–Appellant.

Nos. 02–1139, 02–1140.

United States Court of Appeals, Federal Circuit.

DECIDED: March 6, 2003.

Rehearing Denied April 3, 2003.

Before NEWMAN, GAJARSA, and LINN, Circuit Judges.

**JUDGMENT**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36